

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

---

## No. 08-23-00274-CV

---

Juan Alvarez Gottwald, Appellant

v.

Rosa Delgado Dominguez De Cano, Mario Sergio Delgado Dominguez,
Blanca Delgado De Urquidi, and Patricia Alvarez Ozuna, Appellees

---

On Appeal from the 171st District Court
El Paso County, Texas
Trial Court No. 2013DCV4096

---

# JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 30th day of September 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.
Soto, J. Dissenting